

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

FILED
CLERK, U.S. DISTRICT COURT

MAR - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   Case No.: 93-307-SVW
                             )
            Plaintiff,       )
                             )
      vs.                    )   ORDER OF DETENTION AFTER HEARING
Walter Moray                 )   [Fed.R.Crim.P. 32.1(a)(6);
Williams                     )   18 U.S.C. 3143(a)]
                             )
            Defendant.       )
_____)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of violation_

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of offense_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 3/2/10

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE